IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CALLY TURNER,

    Plaintiff,

v.

                      Case No. 18-cv-1217 KG/GJF

FORD MOTOR COMPANY and TRW
VEHICLE SAFETY SYSTEMS, INC.,

    Defendants.

**ORDER GRANTING DEFENDANT ZF PASSIVE SAFETY SYSTEMS US INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

This matter comes before the Court on Defendant ZF Passive Safety Systems US Inc.'s (f/k/a TRW Vehicle Safety Systems Inc.) motion to dismiss for lack of personal jurisdiction. The Court has considered the record and the parties' pleadings, including ZF PSS's motion to dismiss (Doc. 33) and Plaintiff's statement of non-opposition (Doc. 51).

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that ZF PSS's motion to dismiss without prejudice is GRANTED. All Plaintiff's claims against ZF PSS are dismissed without prejudice. Each party is to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ Adam W. Pittman (by electronic permission)
Adam W. Pittman
apittman@corywatson.com
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
**Counsel for Plaintiff Cally Turner**


/s/ Todd E. Rinner (by electronic permission)
Todd E. Rinner
trinner@swlaw.com
SNELL & WILMER LLP
201 Third St. NW #500
Albuquerque, New Mexico 87102
**Counsel for Defendant Ford Motor Company**


/s/ Jason P. Hartman
Jason P. Hartman
jason.hartman@wtllaw.com
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas  77063
**Counsel for Defendant ZF Passive Safety Systems US Inc.**

**Certificate of Service**

This instrument was served on the following counsel in compliance with Rule 5 of the Federal Rules of Civil Procedure and in accordance with the D. NM CM/ECF Administrative Procedures Manual on December 5, 2019:

*Counsel for Plaintiff Cally Turner*

  Leila H. Watson                          *Via email*
  lwatson@corywatson.com
  Adam W. Pittman
  apittman@corywatson.com
  J. Curt Tanner
  ctanner@corywatson.com
  CORY WATSON, P.C.
  2131 Magnolia Avenue
  Birmingham, Alabama 35205

*Counsel for Defendant Ford Motor Company*

  Todd Rinner                              *Via email*
  trinner@swlaw.com
  SNELL & WILMER LLP
  201 Third St. NW #500
  Albuquerque, New Mexico 87102

                    */s/ Jason P. Hartman*
                    Jason P. Hartman