UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CALLY TURNER,

    Plaintiff,

v.                                                      Civ. No. 18-1217 KG/GJF

FORD MOTOR COMPANY, et al.,

    Defendants.

## AMENDED ORDER GRANTING JOINT MOTION FOR SECOND AMENDMENT OF SCHEDULING DEADLINES

THIS MATTER having come before the Court on the parties' Joint Motion for Second Amendment of Scheduling Deadlines Due to COVID-19 on June 30, 2020, and the Court having considered the motion and having found good cause for the relief requested therein, it is hereby

**ORDERED** that the scheduling deadlines in this matter are amended as follows:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Expert Disclosures | July 3, 2020 | September 3, 2020 |
| Defendant's Expert Disclosures | December 1, 2020 | February 1, 2021 |
| Expert Witness Disclosure Supplements | January 2, 2021 | March 2, 2021 |
| Discovery Closes | February 1, 2021 | April 2, 2021 |
| Motions related to discovery | February 15, 2021 | April 15, 2021 |
| Pretrial motions other than discovery | March 29, 2021 | May 28, 2021 |
| Pretrial order Plaintiff to Defendant | May 15, 2021 | July 15, 2021 |
| Pretrial order Defendant to Court | May 29, 2021 | July 29, 2021 |

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE